IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, # 148475, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:15cv888-MHT |
| ) | (WO) |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 2, 2015, this court entered an order directing the petitioner to either submit the $5.00 filing fee on or before December 22, 2015, or file by that same date an appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* including a prison account statement from the account clerk at Elmore Correctional Facility containing the account clerk's certified statement of the balance in the petitioner's prison account at the time he filed his habeas petition. (Doc. No. 3 at 1.) The petitioner was specifically cautioned that his failure to comply with the court's December 2, 2015, order would result in a recommendation that this case be dismissed. (*Id*. at 2.)

The requisite time has passed, and the petitioner has failed to submit either the filing fee or an appropriate affidavit (with the account clerk's statement) in support of a motion for leave to proceed *in forma pauperis* in compliance with this court's order. Consequently, this court concludes that dismissal of this case is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be DISMISSED without prejudice because the petitioner has failed to comply with the orders of this court.

It is further ORDERED that the parties shall file any objections to this Recommendation or before February 2, 2016. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) will bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1. *See Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

Done this 19th day of January, 2016.

                                    /s/Charles S. Coody  
                                    CHARLES S. COODY  
                                    UNITED STATES MAGISTRATE JUDGE