IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WOODBURCK NOE,                  )
                                )
    Petitioner,                 )
                                )      CIVIL ACTION NO.
    v.                          )        2:15cv888-MHT
                                )            (WO)
LEON FORNISS, et al.,           )
                                )
    Respondents.                )
```

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this habeas-corpus request be dismissed without prejudice because petitioner has failed to comply with the orders of the court.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of February, 2016.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE